IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ROBERT DEES and ANGELA DEES, On behalf of themselves all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, d/b/a MR. COOPER,<br><br>DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 2:19-cv-00314<br>§<br>§<br>§<br>§<br>§ |

## STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs Robert and Angela Dees hereby give notice that they dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own costs and fees. Defendant Nationstar Mortgage, LLC, stipulates to this notice.

Dated: November 9, 2021

/s/ Randall K. Pulliam
Lee Lowther
llowther@cbplaw.com
Randall K. Pulliam
rpulliam@cbplaw.com
Hank Bates, III
hbates@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 W. 7th St.,
Little Rock, Arkansas 72201
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

Elizabeth Ryan
eryan@baileyglasser.com
BAILEY GLASSER
99 High Street, Suite 304
Boston, Massachusetts 02110
Telephone: (617) 439-6730
Facsimile: (617) 951-3954

-1-

James L. Kauffman
jkauffman@baileyglasser.com
BAILEY GLASSER
1055 Thomas Jefferson Street, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103

Abraham Moss
amoss@amlawyers.com
MOSS LAW OFFICE
5350 S. Staples, Suite 209
Corpus Christi, Texas 78411
Telephone: (361) 992-8999
Facsimile: (361) 232-5007

*Counsel for Plaintiffs Robert Dees and Angela Dees*

**AS STIPULATED:**

*/s/ Thomas G. Yoxall*
Thomas G. Yoxall
State Bar No. 00785304
S.D. Tex. Bar No. 16664
tyoxall@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

B. David L. Foster
State Bar No. 24031555
S.D. Tex. Bar No. 35961
dfoster@lockelord.com
Daniel Durell
State Bar No. 24078450
S.D. Tex. Bar No. 5745564
daniel.durell@lockelord.com
LOCKE LORD LLP
600 Congress Ave., Suite 2200
Austin, Texas 78701
Telephone: (512) 305-4700
Facsimile: (512) 305-4800

*Attorneys for Defendant Nationstar Mortgage LLC*