Case 2:19-cv-00314   Document 57   Filed on 11/15/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT DEES, *et al.*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-314 |
| | § § | |
| NATIONSTAR MORTGAGE, LLC; dba MR. COOPER, | § § § § | |
| Defendant. | § | |

### ORDER

Before the Court is the Stipulation of Dismissal *with prejudice* filed and signed by all parties and which the Court hereby deems effective. (D.E. 56); FED. R. CIV. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, the Clerk of Court is **DIRECTED** to **CLOSE** the case. The parties shall be responsible for their own attorney's fees and court costs incurred in connection with this matter.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
November 15th, 2021